**AO 435**
AZ Form (Rev. 3/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME Magistrate Judge John Z. Boyle | 2. PHONE NUMBER (602) 322-7670 | 3. DATE 15May2018 |
|---|---|---|
| 4. FIRM NAME N/A | | |
| 5. MAILING ADDRESS SDO US Courthouse, 401 W Washington | 6. CITY Phoenix | 7. STATE AZ / 8. ZIP CODE 85003 |
| 9. CASE NUMBER 2:15-cr-00924-GMS-1 | 10. JUDGE DKD | DATES OF PROCEEDINGS 11. 02/23/2016  12. 02/23/2016 |
| 13. CASE NAME USA v. Frazier | | LOCATION OF PROCEEDINGS 14. AZD - Phoenix  15. STATE Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Change of Plea Hearing | 02/23/2016 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER** ***JUDICIAL REQUEST***

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | approx. 21pgs |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [x] | [ ] | | [ ] PDF (e-mail) | @ 4.85/pg |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | $101.85 |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS robyn_brown@azd.uscourts.gov | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/John Z. Boyle

20. DATE 15May2018

| TRANSCRIPT TO BE PREPARED BY Candy Potter | ESTIMATE TOTAL | $101.85 |
|---|---|---|
| ORDER RECEIVED 05/15/2018 | DATE | BY | PROCESSED BY Rudy Apodaca | PHONE NUMBER (602) 322-7252 |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY